# EXHIBIT A

# BALLOON PROMISSORY NOTE

## (Fixed Rate)

THIS LOAN IS PAYABLE IN FULL AT MATURITY. BORROWER MUST REPAY THE ENTIRE PRINCIPAL BALANCE OF THE LOAN AND UNPAID INTEREST THEN DUE. LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. BORROWER WILL, THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT BORROWER MAY OWN, OR BORROWER WILL HAVE TO FIND A LENDER, WHICH MAY BE THE LENDER YOU HAVE THIS LOAN WITH, IF WILLING TO LEND YOU THE MONEY (THERE IS NO PROMISE TO SO LEND). IF BORROWER REFINANCES THIS LOAN AT MATURITY, BORROWER MAY HAVE TO PAY SOME OR ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.

**February 1st**_____, **2013**          **Glasco**_____, **Kansas**_____
    [Start Date]                                         [City]           [State]

**LAH CUBED, LLC. 1325 Gold Road, Unit 5  Glasco, KS  67445**_____
                [Borrower and Borrower's Address]

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that Borrower has received, Borrower does promise to pay U.S. $3,000,000.00 (this amount is called the "principal"), plus interest, plus an impact fee to the order of the Lender. The Lender is **Peter M. Ziegler of 100 Apple Valley Road, Stamford, CT 06903**. Borrower will make all payments under this Note in the form of check, certified funds or money order at the option and direction of Lender. Borrower understands that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2. INTEREST AND IMPACT FEE

#### (A) Interest

Interest will be charged on unpaid principal until the full amount of principal has been paid. Borrower will pay interest at a yearly rate of Ten percent (10.0 %). The interest rate required by this Section 2 is the rate Borrower will pay both before and after any default described in Section 6(A) of this Note.

#### (B) Impact Fee

Borrower has agreed to pay a fixed "Impact Fee" in the amount of U.S. $1,000,000.00 over and above the principal loan amount and the interest on that principal. This Impact Fee is the Lender's estimate of additional taxes he would pay due to the liquidation of assets required to raise the principal amount of cash identified as the principal above. There shall be no interest charged on the Impact Fee.

### 3. PAYMENTS

#### (A) Time and Place of Payments

Monthly or other interval payments are not required under this Note. Full payment is required to be made on or before the Maturity Date which shall be January 31st, 2014.

Payment shall be delivered to the Lender at 100 Apple Valley Road, Stamford, CT 06903 or to an alternate address provided in writing from the Lender or Note Holder to the Borrower.

### (B) Amount of Monthly Payments

Not Applicable.

### 4. BORROWER'S RIGHT TO PREPAY

Borrower has the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment." When Borrower makes a prepayment, Borrower will tell the Note Holder in writing that he is doing so. Borrower may make a full prepayment or partial prepayments without paying a prepayment charge. The Note Holder will use any prepayments to reduce the amount of principal that is owed under this Note. However, the Note Holder may apply any prepayment to the accrued and unpaid interest on the prepayment amount, before applying any prepayment to reduce the principal amount of the Note.

### 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (i) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (ii) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the principal owed under this Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment.

### 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Default

If Borrower does not pay the full amount of this Note on or before the date it is due, Borrower will be in default.

### (B) Notice of Default

If Borrower is in default, the Note Holder may send Borrower a written notice telling me that if Borrower does not pay the overdue amount by a certain date, the Note Holder may require Borrower to pay immediately the full amount of principal which has not been paid and all the interest that Borrower owes on that amount. That date must be at least 30 days after the date on which the notice is mailed to Borrower or delivered by other means.

### (C) No Waiver By Note Holder

Even if, at a time when Borrower is in default, the Note Holder does not require Borrower to pay immediately in full as described above, the Note Holder will still have the right to do so if Borrower is in default at a later time.

### (D) Payment of Note Holder's Costs and Expenses

If the Note Holder has required Borrower to pay immediately in full as described above, the Note Holder will have the right to be paid back by Borrower for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if Borrower gives the Note Holder a notice of a different address. Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if Borrower is given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

Borrower is obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person or entity who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

Borrower waives the rights of presentment and notice of dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.


**Signature of Borrower:**

_/s/ Larry Hall_
Larry Hall, Managing Member
LAH CUBED, LLC.

Date: 1/30/13


**Signature of Lender:**

_/s/ Peter M. Ziegler_
Peter M. Ziegler

Date: 1-30-13

3