IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CYNTHIA Z. BRIGHTON, AS EXECUTOR AND ON BEHALF OF THE ESTATE OF PETER M. ZIEGLER,<br><br>Plaintiff,<br><br>vs.<br><br>LAH CUBED, LLC and LARRY A. HALL,<br><br>Defendants. | ) | Case No. 2:19-cv-02051-JWL-JPO |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants LAH Cubed, LLC and Larry A. Hall respectfully request that the Court extend their deadline to answer or otherwise respond to Plaintiff's Complaint in the above-referenced matter, such that Defendants' responsive pleading will be due on or before March 22, 2019. In support of their motion, Defendants state as follows:

1. Defendants' Answer in this case was originally due on February 21, 2019, but Defendants requested and received a clerk's extension of 14 days, and Defendants' answer date is now March 7, 2019.

2. Defendants' deadline for answering or otherwise responding to Plaintiff's Complaint has not passed.

3. Counsel for Defendants is scheduled to be out of town from March 8, 2019 through March 18, 2019, and his present schedule will make it difficult to adequately prepare Defendants' responsive pleading by March 7, 2019.

4. Counsel for the parties have also been discussing a potential resolution to this matter, and an extension of time will allow the parties to more fully explore that possibility.

5. Defendants presently believe that an extension of time through March 22, 2019 will allow Defendants adequate time to prepare their responsive pleading.

6. Counsel for Defendants has discussed the requested extension with counsel for Plaintiff, and Plaintiff does not object to Defendants' requested extension.

7. This motion is not being filed for the purpose of harassment or delay, or for any other improper purpose. Instead, it is being filed to allow Defendants adequate time to prepare a responsive pleading, and to allow the parties to explore a potential resolution.

WHEREFORE, Defendants LAH Cubed, LLC and Larry A. Hall respectfully request that the Court extend the deadline for said Defendants to answer or otherwise plead in response to Plaintiff's Complaint to March 22, 2019.

Respectfully submitted,

PAYNE & JONES, CHARTERED

By */s/ Christopher J. Sherman*

Christopher J. Sherman, KS #20379
11000 King
Overland Park, KS 66225-5625
Telephone: (913) 469-4100
Facsimile: (913) 469-8182
csherman@paynejones.com
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system:

Brenda G. Hamilton, Esq.
Shannon D. Johnson, Esq.
Seigfreid Bingham, P.C.
2323 Grand Blvd., Suite 1000
Kansas City, MO 64108
bhamilton@sb-kc.com
sjohnson@sb-kc.com
**Attorneys for Plaintiff**

*/s/ Christopher J. Sherman*
Christopher J. Sherman