IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CYNTHIA Z. BRIGHTON, AS EXECUTOR )
AND ON BEHALF OF THE ESTATE OF )
PETER M. ZIEGLER, )
)
    Plaintiff, )
)
vs. )   Case No. 2:19-cv-02051-JWL
)
LAH CUBED, LLC, et al., )
)
    Defendants. )

## **ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES**

The above-captioned matter comes before the Court for consideration of the parties' Joint Motion for Extension of Deadlines Set Forth in the Initial Order Regarding Planning and Scheduling and Continuance of the June 19, 2019 Scheduling Conference (Doc. #19) ("Motion"). Having considered the parties' Motion, and having been advised through that Motion that the parties have reached a settlement of their dispute, the Court hereby finds that the Motion should be granted, and amends the deadlines set forth in the Initial Order Regarding Planning and Scheduling (Doc. #18) and continues the June 19, 2019 scheduling conference as follows:

1. The deadline for the parties' counsel to meet and confer as required by Fed. R. Civ. P. 26(f) is extended to **July 3, 2019**.

2. The parties' required written report of their planning conference must be submitted to the Court by **July 10, 2019**.

3. The parties must submit their Rule 26(a) initial disclosures by **July 10, 2019**.

4. The scheduling conference will be held on **July 25, 2019 at 9:00 a.m**, in Courtroom 223 of the United States Courthouse at 500 State Avenue in Kansas City, Kansas.

IT IS SO ORDERED.

Dated June 7, 2019, at Kansas City, Kansas.

                                        s/ James P. O'Hara
                                        James P. O'Hara
                                        U.S. Magistrate Judge