# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| CYNTHIA Z. BRIGHTON, <br> AS EXECUTOR AND ON BEHALF <br> OF THE ESTATE OF PETER M. <br> ZIEGLER, <br> <br> Plaintiff, <br> <br> v. <br> <br> LAH CUBED, LLC, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:19-cv-02051-JWL-JPO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Cynthia Brighton, as executor and on behalf of the Estate of Peter M. Ziegler, and Defendants LAH Cubed, LLC and Larry Hall, jointly and by and through their respective undersigned counsel, give notice that the above-captioned action is voluntarily dismissed without prejudice.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the voluntary dismissal of the above-captioned civil action without prejudice, with each party to bear his, her, or its own attorneys' fees and costs.

Respectfully submitted,

**SEIGFREID BINGHAM, P.C.**

By   */s/ Brenda G. Hamilton*               .
    Brenda G. Hamilton, Esq.    KS#27060
    Shannon D. Johnson, Esq.    KS#23496
    2323 Grand Blvd., Suite 1000
    Kansas City, MO 64108
    Tel:   (816) 421-4460
    Fax:   (816) 474-3447
    bhamilton@sb-kc.com
    sjohnson@sb-kc.com

*ATTORNEYS FOR PLAINTIFF*

**PAYNE & JONES, CHARTERED**

By  */s/ Christopher J. Sherman* .
   Christopher J. Sherman, Esq. KS#20379
   11000 King
   Overland Park, KS 66225-5625
   Tel:   (913) 469-4100
   Fax:   (913) 469-8182
   csherman@paynejones.com

*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, a copy of the foregoing was filed electronically and served on all parties of interest receiving electronic notices in the above-captioned matter through the Court's CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

Christopher J. Sherman, Esq.
Payne & Jones, Chartered
11000 King
Overland Park, KS 66225-5625
csherman@paynejones.com
*Attorney for Defendants*

   */s/ Brenda G. Hamilton* .
   Brenda G. Hamilton

2